Lloyd Winawer (S.B. #157823)
lwinawer@goodwinprocter.com
GOODWIN PROCTER LLP
10250 Constellation Boulevard, 21st Floor
Los Angeles, CA  90067
Telephone:   (310) 788-5177
Facsimile:    (310) 286-0992

Brian E. Pastuszenski (Pro Hac Vice)
bpastuszenski@goodwinprocter.com
Stuart M. Glass (Pro Hac Vice)
sglass@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Exchange Place
Boston, MA  02109
Telephone:   (617) 570-1000
Facsimile:    (617) 523-1231

Attorneys for Nominal Defendants
Countrywide Financal Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. DERIVATIVE LITIGATION | Lead Case No. 07-CV-06923-MRP (MANx)<br><br>**COUNTRYWIDE FINANCIAL CORPORATION'S NOTICE OF RECENT DECISIONS APPROVING SETTLEMENT OF DELAWARE CHANCERY COURT ACTION CHALLENGING MERGER WITH BANK OF AMERICA CORPORATION** |

1   Defendant Countrywide Financial Corporation respectfully submits recent
2   opinions and orders from Vice Chancellor John Noble of the Delaware Chancery
3   Court in the shareholder class action pending in that court concerning the merger
4   agreement between Countrywide Financial Corporation and Bank of America
5   Corporation (*In re Countrywide Corporation Shareholders Litigation*, No. 3464-
6   VCN (the "Delaware Merger Litigation")), including the Order and Final Judgment
7   approving the settlement of the case and dismissing the case with prejudice.  By
8   way of background:

9   On February 15, 2008, Plaintiffs in the above-captioned case filed an amended
10  complaint asserting merger-related direct class action claims ostensibly on behalf of
11  the former shareholders of Countrywide in addition to the derivative claims
12  originally asserted in that case.  *See* Docket No. 41.

13  On March 28, 2008, this Court entered an order staying the merger-related
14  claims in favor of substantially similar claims in the Delaware Merger Litigation.
15  *See* Docket No. 111.

16  On December 11, 2008, this Court granted defendants' motion for judgment
17  on the pleadings concerning all derivative claims and entered final judgment in
18  favor of Defendants on all such claims, dismissing those claims with prejudice.  In
19  discussing the Delaware Merger Litigation, this Court said that it "has no reason to
20  question whatever decision the Court of Chancery in the [Delaware Merger
21  Litigation] may reach.  *See* Docket No. 257.

22  On March 31, 2009, Vice Chancellor Noble issued a memorandum opinion
23  and order overruling the objections to the proposed settlement lodged by the
24  plaintiffs in the above-captioned case, who claimed that the Countrywide directors
25  had breached their fiduciary duties in agreeing to the Bank of America-
26  Countrywide transaction, and stating that the Court would approve the proposed
27  settlement of the case as fair and reasonable if the scope of the release in the matter
28  were modified to exclude from the release certain common law fraud claims

1  asserted by one particular shareholder (SRM Global Fund Limited Partnership),
2  which had objected to the settlement.  A copy of the March 31, 2009 memorandum
3  opinion and order is attached hereto as Exhibit A.  On April 27, 2009, an amended
4  proposed settlement was submitted to the Court, which modified the release
5  provision in the manner suggested by the Court.  SRM further objected to the scope
6  of the release, as revised.

On August 24, 2009, Vice Chancellor Noble issued a memorandum opinion overruling SRM's remaining objections to the proposed settlement, finding class treatment proper, certifying the case as a class action and approving the proposed settlement.  A copy of the August 24, 2009 memorandum opinion is attached hereto as Exhibit B.

On August 28, 2009, Vice Chancellor Noble issued an Order and Final Judgment approving the proposed settlement and dismissing the case with prejudice.  A copy of the August 28, 2009 Order and Final Judgment is attached hereto as Exhibit C.

Dated:  September 8, 2009                GOODWIN PROCTER LLP

By: /s/ Lloyd Winawer
Brian E. Pastuszenski (Pro Hac Vice)
Lloyd Winawer
Stuart M. Glass (Pro Hac Vice)

*Attorneys for Defendant*
*Countrywide Financial Corporation*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Boulevard, 21st Floor, Los Angeles, California 90067

On September 8, 2009, I caused to be served the documents listed below to the party(ies) addressed on the attached Service List as follows:

**COUNTRYWIDE FINANCIAL CORPORATION'S NOTICE OF RECENT DECISIONS APPROVING SETTLEMENT OF DELAWARE CHANCERY COURT ACTION CHALLENGING MERGER WITH BANK OF AMERICA CORPORATION WITH EXHIBITS A-C**

☑ BY (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ BY (CM/ECF ELECTRONIC FILING) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ BY (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ BY (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

1
2
3
☐ BY (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

4
5
☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

6
7
8
☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

9
10
11
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12
Executed on September 8, 2009, at Los Angeles, California.

13
14
15
16
| Britani N. Selzler | _(signature)_ |
| --- | --- |
| (Type or print name) | (Signature) |

17
18
19
20
21
22
23
24
25
26
27
28

LIBA/2027564.1

-2-

**PROOF OF SERVICE**

**SERVICE LIST**
*ARKANSAS TEACHER RETIREMENT SYSTEM et al. v. ANGELO R MOZILO et al.*
United States District Court, Central District of California
Case No. 2:07-CV-06923-MRP (MANx)

| | |
|---|---|
| Stuart M. Grant<br>*sgrant@gelaw.com*<br>Jay W. Eisenhofer<br>Michael James Barry<br>*mbarry@gelaw.com*<br>Diane Zilka<br>*dzilka@gelaw.com*<br>**GRANT AND EISENHOFER PA**<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>Tel:    (302) 622-7000<br>Fax:   (302) 622-7100<br><br>**[BY MAIL]** | Counsel for Plaintiffs<br>**ARKANSAS TEACHER RETIREMENT SYSTEM, FIRE & POLICE PENSION ASSOCIATION OF COLORADO, and LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM** |
| Niki L. Mendoza<br>*nikim@blbglaw.com*<br>Blair A. Nicholas<br>*blairn@blbglaw.com*<br>Matthew P. Siben<br>*matthews@blbglaw.com*<br>David A. Thorpe<br>*davidt@blbglaw.com*<br>Jon F. Worm<br>*jonw@blbglaw.com*<br>**BERNSTEIN LITOWITZ BERGER AND GROSSMAN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:    (858) 793-0070 | Counsel for Plaintiffs<br>**ARKANSAS TEACHER RETIREMENT SYSTEM, FIRE & POLICE PENSION ASSOCIATION OF COLORADO, and LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM** |

*Goodwin Procter LLP*
*10250 Constellation Blvd., 21st Floor*
*Los Angeles, California 90067*

LIBA/2027564.1                       -3-
**PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | Stephen R. DiPrima | Counsel for Defendants |
| 2 | *SRDiPrima@wlrk.com* | **BANK OF AMERICA** |
| | Graham W. Meli | **CORPORATION, COUNTRYWIDE** |
| 3 | *gwmeli@wlrk.com* | **FINANCIAL CORPORATION,** |
| 4 | Eric M. Roth | **ANGELO R. MOZILO, DAVID** |
| | *emroth@wlrk.com* | **SAMBOL, ERIC P. SIERACKI,** |
| 5 | **WACHTELL LIPTON ROSEN** | **HARLEY W. SNYDER, HENRY G.** |
| 6 | **AND KATZ** | **CISNEROS, JEFFREY M.** |
| | 51 West 52nd Street | **CUNNINGHAM, KEITH P.** |
| 7 | New York, NY 10019 | **RUSSELL, MARTIN R. MELONE,** |
| 8 | Tel:   (212) 403-1000 | **MICHAEL E. DOUGHERTY,** |
| | Fax:   (212) 03-2208 | **OSCAR P. ROBERTSON, ROBERT** |
| 9 | | **J. DONATO, ROBERT T. PARRY,** |
| 10 | | **and STANFORD L. KURLAND** |
| 11 | Jordan Eth | Counsel for Defendants |
| | *jeth@mofo.com* | **HARLEY W. SNYDER, HENRY G.** |
| 12 | Judson E. Lobdell | **CISNEROS,  JEFFREY M.** |
| 13 | *jlobdell@mofo.com* | **CUNNINGHAM, KEITH P.** |
| 14 | **MORRISON AND FOERSTER** | **RUSSELL, MARTIN R. MELONE,** |
| | 425 Market Street | **OSCAR P. ROBERTSON, ROBERT** |
| 15 | San Francisco, CA 94105 | **J. DONATO, and ROBERT T.** |
| 16 | Tel:   (415) 268-7000 | **PARRY** |
| | Fax:   (415) 268-7522 | |
| 17 | | |
| 18 | Seth A. Aronson | Counsel for Defendant |
| 19 | *saronson@omm.com* | **BANK OF AMERICA** |
| | **O'MELVENY AND MYERS LLP** | **CORPORATION** |
| 20 | 400 South Hope Street, 15th Floor | |
| 21 | Los Angeles, CA 90071 | |
| | Tel:   (213) 430-7486 | |
| 22 | Fax:   (213) 430-6407 | |
| 23 | | |
| | William J. Sushon | Counsel for Defendant |
| 24 | **O'MELVENY & MYERS LLP** | **BANK OF AMERICA** |
| 25 | 7 Times Square | **CORPORATION** |
| | New York, NY 10036 | |
| 26 | Tel:   (212) 728-5693 | |
| 27 | Fax:   (212) 326-2061 | |
| 28 | **[BY MAIL]** | |

Goodwin Procter LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, California  90067

LIBA/2027564.1

-4-

**PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | David Fry | Counsel for Defendant |
| 2 | Robyn Kali Bacon | **COUNTRYWIDE FINANCIAL** |
|   | *robyn.bacon@mto.com* | **CORPORATION** |
| 3 | Wareewan Tina Charoenpong | |
| 4 | *tina.charoenpong@mto.com* | |
|   | Gregory J. Weingart | |
| 5 | *gregory.weingart@mto.com* | |
| 6 | **MUNGER TOLLES & OLSON** | |
|   | 355 South Grand Avenue, 35th Floor | |
| 7 | Los Angeles, CA 90071 | |
| 8 | Tel:   (213) 683-9100 | |
|   | Fax:  (213) 687-3702 | |
| 9 | | |
| 10 | **[BY MAIL]** | |
| 11 | Pamela Kentos Graham | Counsel for Defendant |
| 12 | *pgraham@irell.com* | **ANGELO R. MOZILO** |
|    | David Siegel | |
| 13 | *dsiegel@irell.com* | |
| 14 | **IRELL AND MANELLA** | |
|    | 1800 Avenue of the Stars, Suite 900 | |
| 15 | Los Angeles, CA 90067 | |
| 16 | Tel:   (310) 277-1010 | |
|    | Fax:  (310) 203-7199 | |
| 17 | | |
| 18 | Christopher G. Caldwell | Counsel for Defendant |
| 19 | *caldwell@caldwell-leslie.com* | **STANFORD L. KURLAND** |
|    | **CALDWELL LESLIE AND** | |
| 20 | **PROCTOR** | |
|    | 1000 Wilshire Blvd., Suite 600 | |
| 21 | Los Angeles, CA 90017 | |
| 22 | Tel:   (213) 629-9040 | |
|    | Fax:  (213) 629-9022 | |
| 23 | | |
| 24 | Jeffrey B. Coopersmith | Counsel for Defendant |
| 25 | *jeff.coopersmith@dlapiper.com* | **ERIC P. SIERACKI** |
|    | **DLA PIPER US LLP** | |
| 26 | 701 Fifth Avenue, Suite 7000 | |
| 27 | Seattle, WA 98104 | |
|    | Tel:   (206) 839-4847 | |
| 28 | Fax:  (206) 839-4801 | |

Goodwin Procter LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067

LIBA/2027564.1           -5-
**PROOF OF SERVICE**

*Goodwin Procter LLP*
*10250 Constellation Blvd., 21st Floor*
*Los Angeles, California 90067*

| | |
|---|---|
| Nicolas Morgan<br>*nicolas.morgan@dlapiper.com*<br>**DLA PIPER US LLP**<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067<br>Tel:   (310) 595-3146<br>Fax:  (310) 595-3300 | Counsel for Defendant<br>**ERIC P. SIERACKI** |
| David A. Priebe<br>*david.priebe@dlapiper.com*<br>**DLA PIPER LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Tel:   (650) 833-2000<br>Fax:  (650) 833-2001 | Counsel for Defendant<br>**ERIC P. SIERACKI** |
| Shirli Fabbri Weiss<br>*shirli.weiss@dlapiper.com*<br>**DLA PIPER RUDNICK GRAY**<br>  **CARY US**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel:   (619) 699-2700<br>Fax:  (619) 699-2701 | Counsel for Defendant<br>**ERIC P. SIERACKI** |
| Mark I. Labaton<br>*mlabaton@kreindler.com*<br>**KREINDLER & KREINDLER LLP**<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, CA 90017<br>Tel:   (213) 622-6469<br>Fax:  (213) 622-6019 | Counsel for Interested Party<br>**THOMAS P. DiNAPOLI** |

LIBA/2027564.1                    -6-
**PROOF OF SERVICE**

| | |
|---|---|
| Virginia F. Milstead<br>*virginia.milstead@skadden.com*<br>Peter Bradley Morrison<br>*peter.morrison@skadden.com*<br>Eric S. Waxman<br>*ewaxman@skadden.com*<br>**SKADDEN ARPS SLATE MEAGHER AND FLOM**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Tel:   (213) 687-5000<br>Fax:  (213) 687-5600 | Counsel for Defendant<br>**MICHAEL E. DOUGHERTY** |
| Francisca M. Mok<br>*fmok@mwe.com*<br>James L. Sanders<br>*jsanders@mwe.com*<br>Lisa E. Stone<br>*lstone@mwe.com*<br>**MCDERMOTT WILL & EMERY LLP**<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067<br>Tel:   (310) 277-4110<br>Fax:  (310) 277-4730 | Counsel for Defendant<br>**CARLOS M. GARCIA** |
| Michael D. Torpey<br>*mtorpey@orrick.com*<br>**ORRICK HERRINGTON AND SUTCLIFFE**<br>Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel:   (415) 773-5700<br>Fax:  (415) 773-5759 | Counsel for Defendant<br>**DAVID SAMBOL** |

LIBA/2027564.1

-7-

**PROOF OF SERVICE**