BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
NIKI L. MENDOZA (Bar No. 214646)
JON F. WORM (Bar No. 248260)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
blairn@blbglaw.com
nikim@blbglaw.com
jonw@blbglaw.com

GRANT & EISENHOFER
STUART M. GRANT
JAY W. EISENHOFER
MICHAEL J. BARRY
DIANE ZILKA
1201 N. Market Street
Chase Manhattan Centre
Wilmington, DE 19801
Tel:  (302) 622-7000
Fax:  (302) 622-7100
sgrant@gelaw.com
jeisenhofer@gelaw.com
mbarry@gelaw.com
dzilka@gelaw.com

[additional counsel appear on signature page]

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. DERIVATIVE LITIGATION | Case No. 07-CV-06923-MRP-(MANx) (Lead)<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. Mariana R. Pfaelzer<br>Ctrm:   12 |

1   Pursuant to the Court's February 11, 2010 Minutes, the parties have met and
2   conferred and hereby file this Joint Status Report regarding the status of this case
3   in light of rulings in proceedings in Delaware, as follows:

4   WHEREAS, on September 8, 2009, Countrywide Financial Corporation
5   filed a Notice of Recent Decisions Approving Settlement of Delaware Chancery
6   Court Action Challenging Merger with Bank of America Corporation (Doc. No.
7   264), notifying the Court of certain orders entered by the Delaware Chancery Court
8   approving the proposed settlement of claims concerning the merger of
9   Countrywide and Bank of America Corporation; and

10  WHEREAS, on September 11, 2009, Plaintiffs filed their Response to
11  Countrywide Financial Corporation's "Notice of Recent Decisions" Filed
12  September 8, 2009 (Doc. No. 265), notifying the Court that those orders are on
13  appeal, and attaching a copy of Plaintiffs' Notice of Appeal and accompanying
14  exhibits.

15  The parties now notify the Court that the briefing on the Appeal to the orders
16  entered by the Delaware Chancery Court has been completed, oral argument on the
17  Appeal was held on February 24, 2010, and the matter was taken under
18  advisement.  The parties will promptly notify this Court of the outcome of the
19  Appeal when the Delaware Supreme Court issues its ruling.

20  Dated: February 25, 2010          Respectfully submitted,

21                                    BERNSTEIN LITOWITZ BERGER
22                                      & GROSSMANN LLP

23                                       _/s/ Blair A. Nicholas_
                                        BLAIR A. NICHOLAS

24
25                                    BLAIR A. NICHOLAS (Bar No. 178428)
                                      NIKI L. MENDOZA (Bar No. 214646)
26                                    JON F. WORM (Bar No. 248260)
                                      12481 High Bluff Drive, Suite 300
27                                    San Diego, CA 92130
                                      Tel:   (858) 793-0070
28                                    Fax:   (858) 793-0323
                                      blairn@blbglaw.com

nikim@blbglaw.com
jonw@blbglaw.com

GRANT & EISENHOFER P.A.
STUART GRANT
JAY W. EISENHOFER
MICHAEL J. BARRY
DIANE ZILKA
1201 N. Market Street
Chase Manhattan Centre
Wilmington, DE 19801
Tel:   (302) 622-7000
Fax:   (302) 622-7100
sgrant@gelaw.com
jeisenhofer@gelaw.com
mbarry@gelaw.com
dzilka@gelaw.com

*Co-Lead Counsel for Lead Plaintiffs
Arkansas Teacher Retirement
System, Fire & Police Pension Association
of Colorado, Louisiana Municipal Police
Employees' Retirement System, and Plaintiff
Central Laborers Pension Fund*

WOLF POPPER LLP
LESTER L. LEVY
CARL L. STINE
ROBERT PLOSKY
845 Third Avenue, 12th Floor
New York, NY, 10022
Tel:   (212) 759-4600
Fax:   (212) 486-2093

*Counsel for Lead Plaintiff Public Employees
Retirement System of Mississippi*

GOODWIN PROCTER LLP

Lloyd Winawer (State Bar No. 157823)
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067
Tel:   (310) 788-5177
Fax:   (310) 286-0992
lwinawer@goodwinprocter.com

Brian E. Pastuszenski (Pro Hac Vice)
Stuart M. Glass (Pro Hac Vice)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel:   (617) 570-1000
Fax:   (617) 523-1231
bpastuszenski@goodwinprocter.com
sglass@goodwinprocter.com

MUNGER TOLLES & OLSON LLP

David H. Fry
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Tel:   (415) 512-4000
Fax:  (415) 512-4077
David.Fry@mto.com

*Attorneys for Defendant Countrywide
Financial Corporation*

WACHTELL LIPTON ROSEN & KATZ

Stephen R. DiPrima
Eric M. Roth
51 W. 52nd Street
New York, NY 10019
Tel:   (212) 403-1000
Fax:  (212) 403-2208
srdiprima@wlrk.com
emroth@wlrk.com

*Attorneys for Defendants Countrywide
Financial Corporation, Angelo R. Mozilo,
Henry D. Cisneros, Jeffrey M. Cunningham,
Robert J. Donato, Martin R. Melone, Robert
T. Parry, Oscar P. Robertson, Keith P.
Russell, David Sambol, Stanford L. Kurland,
Carlos M. Garcia and Eric P. Sieracki*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORRISON & FOERSTER

Jordan Eth
Judson Lobdell
425 Market Street
San Francisco, CA 94105
Tel:   (415) 268-7000
Fax:   (415) 268-7522
jeth@mofo.com
jlobdell@mofo.com

*Attorneys for Defendants Henry D. Cisneros, Jeffrey M. Cunningham, Robert J. Donato, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, and Keith P. Russell*

CALDWELL LESLIE & PROCTOR

Christopher G. Caldwell
1000 Wilshire Blvd Suite 600
Los Angeles, CA 90017
Tel:   (213) 629-9040
Fax:   (213) 629-9022
caldwell@caldwell-leslie.com

*Attorneys for Defendant Stanford L. Kurland*

IRELL & MANELLA

David Siegel
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067-4276
Tel:   (310) 277-1010
Fax:  (310) 203-7199
dsiegel@irell.com

*Attorneys for Defendant Angelo R. Mozilo*

JOINT STATUS REPORT
Case No. 07-CV-06923-MRP-(MANx)

ORRICK HERRINGTON & SUTCLIFFE

Michael C. Tu
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel:   (213) 629-2020
Fax:  (213) 612-2499
mtu@orrick.com

Michael D. Torpey
Penelope A. Graboys Blair
405 Howard Street
San Francisco, CA 94105-2669
Tel:   (415) 773-5700
Fax:  (415) 733-5759
mtorpey@orrick.com
pgraboysblair@orrick.com

*Attorneys for Defendant David Sambol*

REED SMITH LLP

James L. Sanders
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Tel:   (310) 734-5415
Fax:  (310) 734-5299
jsanders@reedsmith.com

*Attorneys for Defendant Carlos Garcia*

DLA PIPER US LLP

Shirli Fabbri Weiss
401 B Street, Suite 1700
San Diego, CA 92101
Tel:   (619) 699-2700
Fax:  (619) 699-2701
Shirli.weiss@dlapiper.com

Nicolas Morgan
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Tel:   (310) 595-3146
Fax:  (310) 595-3300
Nicolas.morgan@dlapiper.com

Jeffrey B. Coopersmith
701 Fifth Avenue, Suite 700
Seattle, WA 98140
Tel:   (206) 839-4847
Fax:  (206) 839-4801
Jeff.coopersmith@dlapiper.com

David A. Priebe
2000 University Avenue
E. Palo Alto, CA 94303
Tel:   (650) 833-2000
Fax:   (650) 833-2001
David.priebe@dlapiper.com

*Attorneys for Defendant Eric P. Sieracki*

O'MELVENY & MYERS LLP

Seth Aronson
400 S. Hope Street
Los Angeles, CA 90071-2899
Tel:  (213) 430-6000
Fax:  (213) 430-6407
saronson@omm.com

William J. Sushon
7 Times Square
New York, NY 10036
Tel:  (212) 728-5693
Fax:  (212) 326-2061
wsushon@omm.com

*Attorneys for Defendant Bank of America Corporation*

JOINT STATUS REPORT
Case No. 07-CV-06923-MRP-(MANx)