Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. DERIVATIVE LITIGATION | Case No. 07-CV-06923-MRP-(MANx) (Lead) **ORDER DISMISSING DIRECT CLAIMS AND DIRECTING ENTRY OF JUDGMENT** |

The Court has received Defendants' motion to dismiss Plaintiffs' merger-related direct claims, Counts X through XIII of the Consolidated Complaint. The motion is unopposed.

**IT IS HEREBY ORDERED THAT:** Plaintiffs' merger-related direct claims, Counts X through XIII of the Consolidated Complaint, are hereby dismissed with prejudice on the grounds of release and *res judicata* in light of the Delaware Court of Chancery's Order and Final Judgment in *In re Countrywide Corporation Shareholders Litigation*, No. 3464-VCN (Del. Ch. Aug. 28, 2009), which judgment was affirmed by the Delaware Supreme Court in *Arkansas Teacher Retirement System v. Caiafa*, 2010 WL 2103027 (Del. May 21, 2010).

All other claims in this action having previously been dismissed (See. Dkt. Nos. 153, 257, 278), the Clerk is hereby directed to enter final judgment dismissing all claims in this action with prejudice and without costs.

By: /s/ Mariana R. Pfaelzer
Honorable Mariana R. Pfaelzer
United States District Judge

Dated: August 13, 2010